**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. Secretary of State ROBIN CARNAHAN and the Missouri Attorney General, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:09-CV-560 CAS |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED, STIFEL FINANCIAL CORPORATION, JOSEPH SULLIVAN, ED POTH, JEFFREY S. COHEN, PAUL D. HEFLEY, ROBERT W. BECKMANN, JR., PHILLIP A. HAMILTON, JOHN H. RUSSELL, TRICIA BRASE, CARINA SHEMONIA, CHRISTOPHER M. JOHNSON, RODOWE W. FADEM, RICHARD J. CHAPPUIS, JR., ELLEN JOY LISS, MANUEL A. PALAN, JEFFREY W. BRUMMET, and STEVEN L. GOLDBERG, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF REMAND**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of Franklin County, State of Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of July, 2009.