# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel. ) | |
| Secretary of State ROBIN CARNAHAN and ) | |
| the Missouri Attorney General, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-560 CAS |
| ) | |
| STIFEL, NICOLAUS & COMPANY, ) | |
| INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on defendants' Stifel, Nicolaus & Co., Inc. and Stifel Financial Corp.'s motion for clarification regarding award of attorneys' fees and costs. The motion will be granted. For clarification, the Court states that plaintiff is awarded reasonable attorneys' fees from only defendants Stifel, Nicolaus & Co., Inc. and Stifel Financial Corp. in the amount of Four Thousand Five Hundred Dollars ($4,500.00) to be paid in accordance with the Memorandum and Order issued July 21, 2009. Furthermore, the Clerk of Court shall assess the costs of this matter against only defendants Stifel, Nicolaus & Co., Inc. and Stifel Financial Corp.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Stifel, Nicolaus & Co., Inc. and Stifel Financial Corp.'s motion for clarification regarding award of attorneys' fees and costs is **GRANTED**. [Doc. 60]

**IT IS FURTHER ORDERED** that the Court's Memorandum and Order dated July 21, 2009 is clarified to the extent that the attorneys' fees and costs awarded to plaintiff shall be assessed against only defendants Stifel, Nicolaus & Co., Inc. and Stifel Financial Corp.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of August, 2009.